UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JOE HAND PROMOTIONS, INC.,

            Plaintiff,

                                          Case No. 12-cv-75

v.

JBECK PIZZA, LLC., d/b/a
JB's ITALIAN GRILLE, and JEREMY S.
BECK, individually and as a member of
JBECK PIZZA, LLC.

            Defendants.

**ORDER FOR SETTLEMENT AND DISMISSAL**

Based upon the Stipulation for Settlement and Dismissal entered into by the parties in the above captioned matter,

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The defendants, jointly and severally, shall pay to the plaintiff the total sum of $5,000.00 in settlement of the case, at the rate of $250.00 per month, due on or before the 15th day of each month, until said $5,000.00 is paid in full, commencing March 15, 2013. Payments shall be made payable to Dubin & Balistreri, Ltd. Client Trust Account and sent to Dubin & Balistreri, Ltd., 1551 North Prospect Avenue, Milwaukee, WI 53202.

2. Should the Defendants fail to make payments as stated above, Plaintiff shall have the right to reopen this matter and take judgment against the defendants, jointly and severally, as provided in the Stipulation for Settlement and Dismissal, in the amount of $10,000.00, less any payments which have been made.

- 1 -

3.  The above captioned matter shall be dismissed as to the defendants, **JBECK PIZZA, LLC.,** d/b/a JB's ITALIAN GRILLE, and **JEREMY S. BECK,** individually and as a member of **JBECK PIZZA, LLC.,** with prejudice and without further costs to either party.

Dated this 30TH day of January, 2013.

BY THE COURT,

_____
United States ~~District~~ Judge
MAGISTRATE